# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No. 3:14-00115 |
| | ) |
| Leocadio Garcia-Alvaran | ) |
| | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing and arraignment is scheduled as follows:

| Place: U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom 649 before Magistrate Judge Knowles |
|---|---|
| | Date and Time: July 30, 2014 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    July 24, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*